# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 197 | **DATE** | 3/4/2008 |
| **CASE TITLE** | USA vs. Shiloh Caldwell | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Shiloh Caldwell appears in response to arrest on 03/04/08. Defendant informed of his rights. The court finds defendant unable to afford counsel. Thomas Gibbons from the Federal Defender Panel is appointed as counsel for defendant. Government moves for pretrial detention. Detention hearing set for 03/06/08 at 2:00 p.m. Status on preliminary examination hearing set for 03/06/08 at 2:00 p.m. Defendant shall remain in custody pending the detention hearing. *[signature: Geraldine Soat Brown]*

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|