# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF | | ILNC |
| U.S. vs. Shiloh Caldwell | FOR AT: Northern District Eastern Division | |

**PERSON REPRESENTED (Show your full name):** Shiloh Caldwell

FILED  MAR 04 2008

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate:
District Court: 08 CR 197
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box → ☒ Felony ☐ Misdemeanor): 21 USC §841

MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $___
IF NO, give month and year of last employment. How much did you earn per month $___
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month $___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED: $5,000 — SOURCES: Construction labor

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT:
| VALUE | DESCRIPTION |
|---|---|
| $3500 | 1976 Cadillac |
| $2000 | 1994 Jeep |

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: ___
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: | $ | $ |
| Washington Mutual Visa Credit Card | $1,300 | $40 |
| Capital One Visa Card | $400 | $15 |
| Car insurance $300/6 months | $ | $ |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** Shiloh Caldwell   March 4, 2008