## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 197 | **DATE** | 3/6/2008 |
| **CASE TITLE** | USA vs. Shiloh Caldwell | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 03/11/08 at 11:00 a.m. Thomas Gibbons is given leave to withdraw as counsel for the defendant. John W. Wyatt is given leave to file his appearance on behalf of the defendant. Status on preliminary examination hearing held and continued to 03/11/08 at 11:00 a.m. Defendant shall remain in custody pending the next detention hearing.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|