## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 197 | **DATE** | 3/11/2008 |
| **CASE TITLE** | USA vs. Shiloh Caldwell | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 03/18/08 at 3:00 p.m. Status hearing held. Defendant waives his right to a preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Defendant shall remain in custody pending the detention hearing.

Docketing to mail notices.

00:05 ptc    00:10 detention

| | Courtroom Deputy Initials: | NTF |
|---|---|---|