# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Sat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 197 | **DATE** | 3/18/2008 |
| **CASE TITLE** | USA vs. Shiloh Caldwell | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for pretrial detention is denied. Enter Order Setting Conditions of Release. Defendant shall be released after processing. /s/ Geraldine Sat Brown

■ [ For further detail see separate order(s).]      Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | NTF |
|---|---|---|