**F I L E D**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR - 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE LEINENWEBER**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 197 |
| | ) | |
| v. | ) | Violation: Title 21, United States |
| | ) | Code, Section 846 |
| SHILOH CALDWELL | ) | |

**MAGISTRATE JUDGE
GERALDINE SOAT BROWN**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about March 4, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

SHILOH CALDWELL,

attempted to knowingly and intentionally possess with the intent to distribute a controlled substance,

namely, in excess of 100 grams of mixtures containing heroin, a Schedule I Narcotic Drug

Controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY