DJ

05 GJ 1086

Minute Order Form (rev. 4/99)

**MAGISTRATE JUDGE
GERALDINE SOAT BROWN**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE LEINENWEBER** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0197 | DATE | APRIL 2, 2008 |
| CASE TITLE | US v. SHILOH CALDWELL | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL MARCH 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Michael T. Mason_

Docket Entry:

BOND WITH SPECIAL CONDITIONS SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE.

DJ

# FILED

APR - 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE            (ONLY IF FILED
OR MAGISTRATE JUDGE            UNDER SEAL)

- ___ No notices required, advised in open court.
- ___ No notices required.
- ___ Notices mailed by judge's staff.
- ___ Notified counsel by telephone.
- ___ Docketing to mail notices.
- ___ Mail AO 450 form.
- ___ Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#