UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 08 CR 197 |
| ) | Judge Harry D. Leinenweber |
| SHILOH CALDWELL ) | |

FILED
APR 8 - 08
APR 8 2008
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

    Name:            Shiloh Caldwell
    Date of Birth:
    Sex:
    Race:
    Prisoner No.:

has been and now is, in due form and process of law, detained in the following institution:

Cook County Jail.

Your petitioner further represents to Your Honor that the said prisoner has been indicted in the Eastern Division of the Northern District of Illinois for a violation of Title 21, United States Code, Section 846, and is now wanted in such division and district on April 30, 2008 at 9:45 a.m., for an Arraignment before Judge Harry D. Leinenweber in courtroom 1941.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL<br>Northern District of Illinois<br>Chicago, Illinois | SHERIFF<br>Cook County Jail<br>Chicago, Illinois |

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been so concluded, the government will move to remand the defendant to the custody of the U.S. Marshals.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*
MAGGIE J. SCHNEIDER
Assistant United States Attorney
219 S. Dearborn Street
Suite 500
Chicago, IL 60604
312 - 353-1875

Dated: April 8, 2008