## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 197 | **DATE** | 4/11/2008 |
| **CASE TITLE** | United States of America vs. Shiloh Caldwell | | |

**DOCKET ENTRY TEXT**

Order Writ of Habeas Corpus Ad Prosequendum to issue as to Shiloh Caldwell returnable on 4/30/2008 at 9:45 a.m. for arraignment.

■ [ For further detail see separate order(s).]       Docketing to mail notices.



Writs issued 4/15/08

Courtroom Deputy Initials: WAP

Case 1:08-cr-00197   Document 16   Filed 04/11/2008   Page 1 of 1

08CR197 United States of America vs. Shiloh Caldwell     Page 1 of 1