UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 08 CR 197
) Judge Harry D. Leinenweber
SHILOH CALDWELL )

ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

    Name:    Shiloh Caldwell
    Date of Birth:
    Sex:
    Race:
    Prisoner No.:

has been and now is, in due process of law, incarcerated in the following institution:

COOK COUNTY JAIL,

and that said defendant has been indicted in the Eastern Division of the Northern District of Illinois for a violation of Title 21, United States Code, Section 846, and that said defendant should appear in this case in the United States District Court at Chicago, Illinois on April 30, 2008 at 9:45 a.m., for an Arraignment before Judge Harry D. Leinenweber in courtroom 1941.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL<br>Northern District of Illinois<br>Chicago, Illinois | SHERIFF<br>COOK COUNTY JAIL<br>Chicago, Illinois |

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

E N T E R:

_____
Judge Harry Leinenweber
U.S. DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS

DATED at Chicago, Illinois
this _11_ day of April, 2008.