# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.   Case No.: 1:08−cr−00197
Honorable Harry D. Leinenweber

Shiloh Caldwell

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

    MINUTE entry before the Honorable Harry D. Leinenweber:as to Shiloh Caldwell, Status hearing held on 5/21/2008. Status hearing set for 6/19/2008 at 09:00 AM. Enter excludable delay due to continuity of counsel to begin 5/21/2008 and end 6/19/2008 pursuant to 18:3161(h)(8)(B)(iv). Mailed notice (wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.