**FILED**
**JUN 1 9 2008  NF**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 08 CR 197 |
| v. | ) | JUDGE LEINENWEBER |
| | ) | |
| SHILOH CALDWELL, | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF FILING

TO    United States Attorney's Office
ATTN: Maggie J. Schneider
Assistant U.S. Attorney
219 S. Dearborn, Suite 500
Chicago, IL 60604

       Please be advised that on June 19, 2008, I filed <u>Defendant's Affirmative Defense of Entrapment</u> with the Clerk of the United States District Court, a copy of which is hereby served upon you.

_____
John W. Wyatt
Defendant's Attorney

## CERTIFICATE OF SERVICE

       I, John W. Wyatt, an attorney, certify that I personally served the above referenced document to the addressee in Court on June 19, 2008.

_____
John W. Wyatt

John W. Wyatt, 6197191
835 E. 49th Street, Suite 1W
Chicago, IL 60615
(773) 536-0570



FILED
JUN 19 2008 NH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 08 CR 197 |
| v. ) | JUDGE LEINENWEBER |
| ) | |
| SHILOH CALDWELL, ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S AFFIRMATIVE DEFENSE OF ENTRAPMENT

Now comes defendant, Shiloh Caldwell, by his attorney, John W. Wyatt, and states as follows:

1. On March 4, 2008, at Chicago, Cook County, Illinois, in the Northern District of Illinois, Eastern Division, defendant was entrapped into possessing heroin in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846, by agents of the Drug Enforcement Agency.

2. In September, 2007, agents of the Drug Enforcement Agency, John Buonincontiro, Joseph Wesley, Garrett Malloy, James Laverty and Chuck Soltys had a "CS", specifically CS-02-107337, contact defendant.

3. Upon contacting defendant on or about September 19, 2007, CS-02-107-337 informed defendant that someone by the name of "Wilber", and "Wilber's family", were in dire need of financial assistance. CS-02-107337 assured defendant that he could provide defendant with the resources needed to help Wilber and Wilber's family if defendant was inclined to help.

4. From his initial contact with defendant in September, 2007 through March 3, 2008, CS-02-107337 repeatedly offered drugs to defendant, but defendant refused to accept them.

5. On several occasions after defendant told CS-02-107337 not to call him anymore, CS-02-107337 would stop calling him for a few weeks, but then would commence calling defendant again.

6. When CS-02-107337 would commence calling again, he would leave messages telling defendant that "they need to help Wilber and Wilber's family. Don't forget about Wilber".

7. Agents of the Drug Enforcement agency through CS-02-107337 in March defendant to distribute heroin in order to help "Wilber and Wilber's family".

8. Prior to CS-02-107337 contacting defendant in September, 2007, defendant had no predisposition to possess and/or distribute heroin.

**WHEREFORE**, defendant, Shiloh Caldwell,, by his attorney, John W. Wyatt, asserts the defense of entrapment.

Respectfully submitted,

_____
John W. Wyatt
Defendant's Attorney

John W. Wyatt, No. 6197191, (IL)
835 E. 49th Street, Suite 1
Chicago, IL 60615
(773) 536-0570